BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
TRANSMARINE BSS LIMITED
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRANSMARINE BSS LIMITED,

          Plaintiff,

    -against-

LIBERTY HOUSE UK PLC,

          Defendant.
-----------------------------------------------------------------X

08 Civ. 6423 (PKL)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff, TRANSMARINE BSS LIMITED, certifies that there are no corporate parents, subsidiaries, or affiliates of this party which are publicly held.

Dated:  New York, New York
          July 17, 2008

                              BROWN GAVALAS & FROMM LLP
                              Attorneys for Plaintiff
                              TRANSMARINE BSS LIMITED

                    By: _____
                              Peter Skoufalos (PS-0105)
                              355 Lexington Avenue
                              New York, New York 10017
                              212-983-8500